## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETTY LIVERMORE, wife; and RON LIVERMORE, husband;<br><br>            Plaintiffs,<br><br>vs.<br><br>WALMART, INC., a foreign corporation;<br><br>            Defendant. | 8:21CV425<br><br>AMENDED<br>ORDER SETTING TRIAL |

    This matter is before the Court on the Joint Text Email Motion (Filing No. 28) requesting an extension of deadlines. After a review of the motion and for good cause shown, the Court finds the extensions should be granted.

    **IT IS ORDERED** that the Joint Text Email Motion (Filing No. 28) is granted, and the Order Setting Trial is amended as follows:

1) The deadline for plaintiff to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to **February 15, 2023**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 1, 2023**.

3) The Pretrial Conference remains scheduled to be held before the undersigned magistrate judge on **May 30, 2023**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **May 23, 2023**.

4) The jury trial of this case remains set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m. on June 20, 2023**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5)     Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 24th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge